FILED

MAR 28 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NORMA ELIZABETH GONZALEZ-
RAMIREZ, aka Rosario Moreno-Garcia,

 Petitioner,

 v.

ERIC H. HOLDER, Jr., Attorney General,

 Respondent.

No. 09-73779

Agency No. A200-049-326

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2011[**]

Before: FARRIS, LEAVY and BYBEE, Circuit Judges.

 Norma Elizabeth Gonzalez-Ramirez, a native and citizen of El Salvador,

petitions for review of a Board of Immigration Appeals order dismissing her

---

 [*] This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

 [**] The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

appeal from an immigration judge's decision denying her application for asylum.[1]

We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

Substantial evidence supports the Board's denial of asylum and withholding of removal because Gonzalez-Ramirez failed to show her alleged persecutors threatened her on account of a protected ground. Her fear of future persecution based on having brothers who are gang members is not on account of the protected ground of membership in a particular social group. *See Arteaga v. Mukasey*, 511 F.3d 940, 944-46 (9th Cir. 2007) (holding that neither current nor former gang members constitute a particular social group). Any fear of future persecution based on Gonzalez-Ramirez's resistance to attempted gang recruitment is not on account of the protected ground of either membership in a particular social group or political opinion. *Ramos Barrios v. Holder*, 581 F.3d 849, 854-56 (9th Cir. 2009).

**PETITION FOR REVIEW DENIED.**

---

[1] Petitioner did not challenge the denial of withholding of removal and protection under the Convention Against Torture.